IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COCLORADO

Criminal Case No. 13-mj-01106-MJW

United States of America,

    Plaintiff,

v.

1. NICOLAS CRUZ-TORRES,
    a/k/a Reynieri CENTENO-Velasquez,

    Defendant.

---

### ORDER DISMISSING THE COMPLAINT [Docket No 14]

---

THE COURT has reviewed the Government's Motion to Dismiss the Complaint filed in the above captioned case as to NICOLAS CRUZ-TORRES, a/k/a Reynieri CENTENO-Velasquez.

Being sufficiently advised in the premises, the Court finds and concludes that the Motion to dismiss the Complaint shall be granted. The District of Colorado Complaint as to NICOLAS CRUZ-TORRES, a/k/a Reynieri CENTENO-Velasquez on file in the above captioned case is hereby dismissed. Any Outstanding Warrants Concerning this case are Quashed.

It is SO ORDERED this 6th day of August, 2013.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO